FILED

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

2008 DEC 22  AM 10: 38

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

**UNITED STATES OF AMERICA**

-vs-

**JOSEPH LAWSON, JR.**

Case Number: 5:98-cr-13-Oc-10GRJ

USM Number: 28116-018

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 6 through 13 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct occurring while on supervision in violation of the conditions of supervised release | February 8, 2007 |
| 2 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | September 2008 |
| 6 | Failure to notify ten days prior to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision | May 25, 2007 |
| 7 | Positive urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | July 1, 2005 |
| 8 | Positive urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | August 1, 2005 |
| 9 | Positive urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | September 1, 2005 |
| 10 | Positive urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | June 6, 2006 |
| 11 | Positive urinalysis in violation of Condition 7 of the Standard Conditions of Supervision | June 20, 2006 |
| 12 | Admitted use of a controlled substance in violation of Condition 7 of the Standard Conditions of Supervision | February 8, 2007 |
| 13 | Failure to submit to urinalysis as directed by the Probation Officer in violation of Condition 7 of the Standard Conditions of Supervision | February 16, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation numbers 3, 4, and 5 dismissed on motion by Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 18, 2008

_____  
John Antoon II, United States District Judge

December 18, 2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months with no additional term of supervised release imposed**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case